**No. 09-10706. Alexander Samuel, Petitioner v. Bellevue Hospital Center.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9040.

November 29, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 950, 131 S. Ct. 100, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7722.

**No. 09-10738. Gloria Deanna Dickerson, Petitioner v. United Way of New York City.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9037.

November 29, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 950, 131 S. Ct. 105, 178 L. Ed. 2d 247, 2010 U.S. LEXIS 7656.

**No. 10-80. Thomas Weiss, Petitioner v. Assicurazioni Generali, S.p.A., et al.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9036.

November 29, 2010. Petition for rehearing denied. Justice Sotomayor and Justice Kagan took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 952, 131 S. Ct. 287, 178 L. Ed. 2d 250, 2010 U.S. LEXIS 7770.

**No. 10-5349. Ruby Spencer, Petitioner v. United Parcel Service, Inc.**

562 U.S. 1089, 131 S. Ct. 698, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9039.

November 29, 2010. Petition for rehearing denied. Justice Sotomayor took no part in the consideration or decision of this petition.

Former decision, 562 U.S. 954, 131 S. Ct. 282, 178 L. Ed. 2d 253, 2010 U.S. LEXIS 7667.

**No. 10-6751. Chris J. Jacobs, Petitioner v. Wisconsin.**

562 U.S. 1089, 131 S. Ct. 796, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9542.

December 6, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and petition for writ of certiorari to the Court of Appeals of Wisconsin, District III, dismissed. See Rule 39.8.

**No. 10-6765. Thelma Williams, Jr., Petitioner v. Paige Cline, et al.**

562 U.S. 1089, 131 S. Ct. 797, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9526.

December 6, 2010. Motion of petitioner for leave to proceed in forma pauperis denied, and the petition for writ of certiorari dismissed. See Rule 39.8.

**No. 10M42. Jerry Wanzer, Petitioner v. Texas Department of Criminal Justice, Correctional Institutions Division, et al.**

562 U.S. 1089, 131 S. Ct. 811, 178 L. Ed. 2d 528, 2010 U.S. LEXIS 9565.

December 6, 2010. Motion to direct the Clerk to file a petition for writ of certiorari out of time denied.